IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEWELL BRANDS INC. DERIVATIVE LITIGATION | Lead Case No. 18-cv-1696-CFC |

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING CASE PENDING RESOLUTION OF THE
MOTIONS TO DISMISS IN THE RELATED SECURITIES CLASS ACTIONS

WHEREAS, on October 29, 2018, Plaintiff Michelle Streicher filed a shareholder derivative action on behalf of nominal defendant Newell Brands, Inc. ("Newell" or the "Company") in this Court alleging breaches of fiduciary duty, unjust enrichment, waste of corporate assets, and violations of the Securities Exchange Act of 1934 against defendants Michael B. Polk, Ralph J. Nicoletti, James L. Cunningham, III, Ian G.H. Ashken, Thomas E. Clarke, Kevin Conroy, Scott S. Cowen, Michael T. Cowhig, Domenico De Sole, Martin E. Franklin, Ros L'Esperance, Steven J. Strobel, Michael A. Todman, and Raymond G. Viault (collectively, the "Individual Defendants" and together with Newell, the "Defendants"), captioned *Streicher v. Polk, et al.*, Case No. 1:18-cv-1696 (the "*Streicher* Action").

WHEREAS, on October 30, 2018, Plaintiff Andy Martindale filed a shareholder derivative action alleging substantially similar facts and making substantially similar claims against the same defendants in this Court, captioned *Martindale v. Polk, et al.*, Case No. 1:18-cv-1703 (the "*Martindale* Action");

WHEREAS, on November 14, 2018, the Court entered an order consolidating the *Streicher* Action and the *Martindale* Action (collectively, the "Derivative Litigation") and further requiring the parties to meet and confer on a proposed schedule for the case moving forward;

WHEREAS, the parties hereby jointly stipulate to stay the Derivative Litigation until and through the resolution of the motions to dismiss that will be filed in the related securities class actions that were filed against Newell and certain of the Individual Defendants, captioned (1) *In re Newell Brands, Inc. Securities Litigation*, Civil Action No. 18-cv-10878 (JMV) (JBC), in the United States District Court for the District of New Jersey; and (2) *Oklahoma Firefighters Pension and Retirement System v. Newell Brands Inc., et al.*, Civil Action No. HUD-L-003492-18, in the Superior Court of New Jersey, Hudson County (collectively, the "Securities Class Actions").

WHEREAS, the Securities Class Actions are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which imposes a stay on discovery in the Securities Class Actions until after plaintiffs have established that they can state a claim for relief against the defendants; and

WHEREAS, this joint stipulation will promote the efficient and orderly administration of justice by coordinating the Derivative Litigation with the Securities Class Actions.

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The Derivative Litigation (including all discovery) shall be stayed until 30 days after the entry of any order(s) denying all motions to dismiss in the Securities Class Actions, or a final order dismissing the Securities Class Actions with prejudice.

2. If the stay of proceedings is lifted, the parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Litigation, including the date by which Defendants must answer or otherwise plead.

3. Defendants shall promptly provide Plaintiffs with copies of any documents

produced to the plaintiffs in the Securities Class Actions, to any plaintiffs in any related derivative lawsuits, or to any purported shareholder of Newell in response to a related books and records request.

4. Prior to the production of any documents by Defendants to Plaintiffs, the parties shall enter into a confidentiality agreement and/or a protective order.

5. The parties shall promptly notify each other of any related derivative lawsuits that they become aware of.

6. If the plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Plaintiffs may lift the agreed-upon stay upon 30-days' notice in writing.

7. Defendants shall include Plaintiffs in any mediation with the plaintiffs in the related Securities Class Actions and shall include Plaintiffs in any mediation with any purported plaintiff in any related derivative lawsuit.

8. Notwithstanding this stay of the Derivative Litigation, Plaintiffs may file an amended complaint during the pendency of the stay. Defendants shall be under no obligation to respond to any such complaint while the Derivative Litigation is stayed, unless otherwise ordered by the Court.

9. After the stay is lifted, Defendants shall not move to stay the Derivative Litigation in deference to another derivative action.

**IT IS SO STIPULATED.**

Dated: January 29, 2019             FARNAN LLP

                                By: */s/ Brian E. Farnan*

                                    Brian E. Farnan (Bar No. 4089)
                                    Michael J. Farnan (Bar No. 5165)
                                    919 N. Market St., 12th Floor
                                    Wilmington, DE 19801
                                    Telephone: (302) 777-0300
                                    Facsimile: (302) 777-0301
                                    Email: bfarnan@farnanlaw.com
                                    Email: mfarnan@farnanlaw.com

                                    *Liaison Counsel for Plaintiffs and Liaison Counsel for Plaintiffs Michelle Streicher and Andy Martindale*

                                    **THE ROSEN LAW FIRM, P.A.**
                                    Phillip Kim
                                    275 Madison Avenue, 34th Floor
                                    New York, NY 10016
                                    Telephone: (212) 686-1060
                                    Facsimile: (212) 202-3827
                                    Email: pkim@rosenlegal.com

                                    *Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Michelle Streicher*

                                    **THE BROWN LAW FIRM, P.C.**
                                    Timothy Brown
                                    240 Townsend Square
                                    Oyster Bay, NY 11771
                                    Telephone: (516) 922-5427
                                    Facsimile: (516) 344-6204
                                    Email: tbrown@thebrownlawfirm.net

                                    *Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Andy Martindale*

Dated: January 29, 2019

**RICHARDS LAYTON & FINGER, PA**

By: /s/ *Travis S. Hunter*
Travis S. Hunter
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7564
Facsimile: (302) 651-7701
Email: hunter@rlf.com

OF COUNSEL:

B. Warren Pope
Bethany M. Rezek
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: wpope@kslaw.com
Email: brezek@kslaw.com

*Counsel for Defendants Michael B. Polk, Ralph J. Nicoletti, James L. Cunningham, III, Thomas E. Clarke, Kevin Conroy, Scott S. Cowen, Michael T. Cowhig, Domenico De Sole, Steven J. Strobel, Michael A. Todman, and Raymond G. Viault and Nominal Defendant Newell Brands Inc.*

5

Dated: January 29, 2019						**GREENBERG TRAURIG, LLP**

By: */s/ Steven T. Margolin*
Steven T. Margolin
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7376
Facsimile: (302) 661-7360
Email: margolins@gtlaw.com

OF COUNSEL:

Joel M. Eads
Kathleen M. Kline
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7856
Facsimile: (215) 988-7801
Email: eadsj@gtlaw.com
Email: klineka@gtlaw.com

*Counsel for Defendants Ian G.H. Ashken, Martin E. Franklin and Ros L'Esperance*

[~~PROPOSED~~] ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 1/31/19

_____
HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT COURT