# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEWELL BRANDS INC. DERIVATIVE LITIGATION | Lead Case No. 1:18-cv-1696-CFC |

## JOINT STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE

The Parties, through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree as follows:

WHEREAS, in October 2018, Plaintiff commenced the above-captioned action (the "Action") against Defendants in this Court;

WHEREAS, a putative derivative lawsuit asserting substantially similar claims to those asserted in the Action was also filed in the Superior Court of New Jersey Law Division: Hudson County (the "New Jersey Court"). *See Streicher v. Polk, et al.*, HUD-L-001853-23 (N.J. Super. Ct. Law Div.) (the "New Jersey Derivative Action");

WHEREAS, on June 7, 2023, the Parties entered into a Stipulation of Settlement to resolve the claims asserted in the Action, the New Jersey Derivative Action, and another action currently pending in this Court, *Weber v. Polk*, Case No. 1:20-cv-01792-CFC (D. Del.) (the "Derivative Settlement"); and

WHEREAS, after notice to Newell's shareholders following which there were no objections to the Derivative Settlement, the New Jersey Court entered an order finally approving the Derivative Settlement on August 25, 2023.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by an among the Parties, subject to approval of this Court, as follows:

1. The Action shall be dismissed with prejudice.

                Respectfully submitted,

Dated: September 1, 2023　　　　　　**FARNAN LLP**

By: */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiffs*

OF COUNSEL:

Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Ave., Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Lead Counsel for Plaintiff*

Dated: September 1, 2023          **RICHARDS LAYTON & FINGER, PA**

By:   */s/ Travis S. Hunter*
     Travis S. Hunter
     One Rodney Square
     920 North King Street
     Wilmington, Delaware 19801
     Telephone: (302) 651-7564
     Facsimile: (302) 651-7701
     Email: hunter@rlf.com

OF COUNSEL:

B. Warren Pope
Bethany M. Rezek
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: wpope@kslaw.com
Email: brezek@kslaw.com

*Counsel for Defendants Michael B. Polk, John K. Stipancich, Scott H. Garber, Bradford R. Turner, Thomas E. Clarke, Kevin C. Conroy, Scott S. Cowen, Michael T. Cowhig, Domenico De Sole, Cynthia A. Montgomery, Christopher D. O'Leary, Jose Ignacio Perez-Lizaur, Steven J. Strobel, Michael A. Todman, Raymond G. Viault, James R. Craigie, Brett M. Icahn, Gerado I. Lopez, Courtney R. Mather, and Robert A. Steele and Nominal Defendant Newell Brands Inc.*

Dated: September 1, 2023            **GREENBERG TAURIG, LLP**

By:    <u>*/s/ Steven T. Margolin*</u>
       Steven T. Margolin
       222 Delaware Avenue
       Suite 1600
       Wilmington, Delaware 19801
       Telephone: (302) 661-7376
       Facsimile: (302) 661-7360
       Email: margolins@gtlaw.com

OF COUNSEL:

Joel M. Eads
GREENBERG TRAURIG, LLP
1717 Arch Street
Suite 400
Philadelphia, Pennsylvania 19103
Telephone: (215) 988-7856
Facsimile: (215) 988-7801
Email: eadsj@gtlaw.com

*Counsel for Defendants Ian G.H., Ashken, Martin E. Franklin, and Ros L'Esperance*

4

## [~~PROPOSED~~] ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: September 5, 2023

/s/ Colm F. Connolly
HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE